# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIAM "ALEX" ROUSE, | : | 1:20-cv-528 |
| Plaintiff, | : | |
| v. | : | Hon. John E. Jones III |
| HARLEY-DAVIDSON, INC. *et al.*, | : | |
| Defendants. | : | |

## ORDER

### January 26, 2021

In conformity with the Memorandum issued on today's date, **IT IS HEREBY ORDERED THAT**:

1. Defendants' Motion to Transfer, (Doc. 20), is **GRANTED IN PART**.

2. The Clerk of Court **SHALL TRANSFER** this case to the Eastern District of North Carolina.

3. Defendants' Motion is **DENIED WITHOUT PREJUDICE** in all other respects.

/s/ John E. Jones III
John E. Jones III, Chief Judge
United States District Court
Middle District of Pennsylvania