UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| WILLIAM "ALEX" ROUSE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| HARLEY-DAVIDSON MOTOR COMPANY GROUP, LLC., HARLEY-DAVIDSON, INC.; HARLEY DAVIDSON MOTOR CO., INC.; HARLEY-DAVIDSON MOTOR COMPANY GROUP, LLC.; HARLEY-DAVIDSON MOTOR COMPANY OPERATIONS, INC.; HARLEY-DAVIDSON MOTOR COMPANY, INC.; HARLEY-DAVIDSON MOTOR COMPANY; and HARLEY-DAVIDSON MOTOR CO., | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 5:21-cv-00039-FL |
| Defendants. | ) |

## ORDER

Upon consideration of the defendant's consent motion to stay the deadline to complete a supplemental Rule 26(f) conference and file a Rule 26(f) report and plan, the Court finds that there is good cause for the motion and it is hereby

ORDERED that the time for the parties to complete a supplemental Rule 26(f) conference and file a Rule 26(f) report and plan be stayed until after a ruling by the Court as to whether this action is barred by the North Carolina statue of repose.

This the 5 day of April, 2021.

*(signed)* Louise W. Flanagan

The Honorable Louise W. Flanagan
United States District Judge