UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| WILLIAM ALEX ROUSE ) | |
|       Plaintiff, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | |
| ) | No. 5:21-CV-39-FL |
| HARLEY-DAVIDSON, INC. and ) | |
| HARLEY DAVIDSON MOTOR CO, INC. ) | |
| HARLEY-DAVIDSON MOTOR ) | |
| COMPANY OPERATIONS, INC., ) | |
| HARLEY-DAVIDSON MOTOR CO, ) | |
| HARLEY-DAVIDSON MOTOR ) | |
| COMPANY GROUP, LLC, HARLEY- ) | |
| DAVIDSON MOTOR COMPANY ) | |
|       Defendants. ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of defendants' motion to dismiss.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered November 22, 2021, and for the reasons set forth more specifically therein, defendants' motion to dismiss is GRANTED. Plaintiff's complaint is DISMISSED for failure to state a claim upon which relief can be granted.

**This Judgment Filed and Entered on November 22, 2021, and Copies To:**
Michael A. Kornbluth   (via CM/ECF Notice of Electronic Filing)
Kirk G. Warner / Amelia L. Serrat / Christopher R. Kiger (via CM/ECF Notice of Electronic Filing)

November 22, 2021      PETER A. MOORE, JR., CLERK

                /s/ Sandra K. Collins
                (By) Sandra K. Collins, Deputy Clerk